# General Election
**November 3, 2026**

# Machine Recount
## Doral – Councilmember – Seat 2

### Canvassing Board Results Sheet

| Candidates | Machine Recount Totals | Manual Recount Totals | Certified Totals |
|---|---|---|---|
| Fernanda Gomes | 9581 | 3 | 9584 |
| Maureen Porras | 9595 | 1 | 9596 |

**Canvassing Board Members:**

______________________ 11/7/2026
Date

______________________ 11/7/2026
Date

______________________ 11/7/2024
Date

EXHIBIT
1