**Dawn R. Wilkinson**

| | |
|---|---|
| **From:** | Marc Burton <marc@theburtonfirm.com> |
| **Sent:** | Saturday, November 7, 2026 2:19 PM |
| **To:** | afterhours_emergency@flsd.uscourts.gov |
| **Cc:** | Jason Blank; Juan-Carlos Planas; Laura Kelley; Oren Rosenthal; Leonard Collins; Jason Unger; Robert Fernandez; Michael Valdes; Sophia Guzzo |
| **Subject:** | EMERGENCY — Rodriguez v. Garcia, No. 1:26-cv-27895-DSL — Request for After-Hours Instructions |

**This message originated outside of GrayRobinson.**

Dear Clerk's Office:

I represent Plaintiff Eliott Rodriguez in the above-captioned matter, assigned to Judge David S. Leibowitz. Plaintiff filed an Amended Emergency Motion for Preliminary Injunction at D.E. 8, supported by the signed declaration at D.E. 8-1.

Counsel called the emergency Clerk number last night and again this morning. We are following up to request assistance with the procedures necessary to bring the emergency motion promptly before a judge.

The motion seeks relief concerning Supervisor of Elections Alina Garcia's participation in canvassing-board decisions affecting the Congressional District 27 recount. Co-counsel has advised that the recount may occur Monday or Tuesday and, if Monday, would be in the afternoon. Although the schedule remains unconfirmed, we are seeking consideration by Monday morning, November 9, before those decisions occur.

Please advise whether any additional emergency filing or notification is required, and what procedure applies if the assigned judge is unavailable.

All counsel are copied.

Thank you,

Marc A. Burton, Esq.
The Burton Firm, P.A.
(305) 705-0888
marc@theburtonfirm.com



EXHIBIT
tabbies
2