**Dawn R. Wilkinson**

| | |
|---|---|
| **From:** | Marc Burton <marc@theburtonfirm.com> |
| **Sent:** | Sunday, November 8, 2026 10:39 AM |
| **To:** | leibowitz@flsd.uscourts.gov |
| **Cc:** | Jason Blank; Juan-Carlos Planas; Laura Kelley; Oren Rosenthal; Leonard Collins; Jason Unger; Robert Fernandez; Michael Valdes; Sophia Guzzo |
| **Subject:** | URGENT UPDATE \| 1:26-cv-27895-DSL \| CD27 recount Monday, November 9 at 10:00 a.m. \| D.E. 8 |

**This message originated outside of GrayRobinson.**

Dear Chambers:

We write to provide an urgent scheduling update concerning Plaintiff's Amended Emergency Motion for Preliminary Injunction, D.E. 8, supported by the signed declaration at D.E. 8-1.

Co-counsel Juan-Carlos Planas advised us this morning that the Congressional District 27 recount will begin at **10:00 a.m. tomorrow, Monday, November 9, 2026.** This updates our November 7 email, which reported that a Monday recount might begin in the afternoon. The Supervisor of Elections' November 6 public notice, titled "Public Notice - Notice of Recount November 3, 2026 Representative in Congress District 27," lists commencement no sooner than 10:00 a.m. Monday or 10:00 a.m. Tuesday. Mr. Planas's update identifies Monday as the start date. The notice is also linked here.

We respectfully request that D.E. 8 be brought to the Court's attention immediately for consideration today or, at the latest, before 10:00 a.m. tomorrow. The motion seeks relief concerning Ms. Garcia's participation in CD27 canvassing-board decisions, making consideration before the recount begins particularly important. Please advise promptly concerning any further filing, expedited briefing, or hearing the Court requires.

We emailed the proposed order in Word format to chambers on November 7. The emergency Clerk acknowledged our separate notification yesterday at 2:24 p.m. and advised that the judge would be notified. We are notifying that office of this updated start time as well.

All counsel are copied.

Thank you,

Marc A. Burton, Esq.
The Burton Firm, P.A.
(305) 705-0888
marc@theburtonfirm.com

On Sat, 07 Nov 2026 10:55:04 -0500, Marc Burton <marc@theburtonfirm.com> wrote:

> Dear Chambers: Attached in Word format is Plaintiff's proposed order on the Amended Emergency Motion for Preliminary Injunction and Incorporated Memorandum of Law, D.E. 8, in *Rodriguez v. Garcia et al.*, Case No. 1:26-cv-27895-DSL. The supporting signed



EXHIBIT
3

declaration is filed at D.E. 8-1. Plaintiff respectfully requests consideration by Monday morning, November 9, 2026. Co-counsel Juan-Carlos Planas has advised that the CD27 recount may occur Monday or Tuesday and, if Monday, would be in the afternoon. The recount date and time have not yet been confirmed. We would appreciate guidance concerning any expedited briefing or hearing the Court may require. All counsel are copied on this email. Thank you, Marc A. Burton, Esq. The Burton Firm, P.A. 20200 West Dixie Highway Aventura, Florida 33180 (305) 705-0888 marc@theburtonfirm.com