12:08

Post



**Juan-Carlos "JC" Planas**
@jcp717

Follow

The numbers suggest that DeSantis' victory is extremely solid and it is EXTREMELY unlikely that a recount will change that. Accordingly, his supporters should refrain from these spectacles as it can only do harm to the brand.

4:49 PM · 11/9/18 · From Florida, USA