**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:26-cv-27895-LEIBOWITZ**

**ELIOTT RODRIGUEZ,**

*Plaintiff,*

*v.*

**ALINA GARCIA & MARA ELVIRA SALAZAR,**

*Defendants.*
_______________________________________/

**SHOW CAUSE ORDER**

**THIS CAUSE** is before the Court *sua sponte*. On November 9, 2026, the Court denied Plaintiff's Amended Emergency Motion for Preliminary Injunction, [*see* ECF No. 17], which requested the same relief as Plaintiff's Complaint for Declaratory and Injunctive Relief, [ECF No. 1 at 15–16].

Accordingly, it is hereby **ORDERED AND ADJUDGED** that no later than **November 19, 2026, at 5:00 p.m.,** the parties shall show cause in writing to the Court as to why this case should not be closed or otherwise state their position on closing the case. Failure to comply with this Order may result in sanctions *without further notice*.

**DONE AND ORDERED** in the Southern District of Florida on November 16, 2026.

**DAVID S. LEIBOWITZ**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record