**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**Case No. 1:26-cv-27895-LEIBOWITZ / REID**

**ELIOTT RODRIGUEZ,**

**Plaintiff,**

**v.**

**ALINA GARCIA, in her official capacities; and MARÍA ELVIRA SALAZAR, solely as an interested-party defendant,**

**Defendants.**

---

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

The parties, through their undersigned counsel, stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) as follows:

1. This action is dismissed without prejudice.

2. Each party shall bear its own attorneys' fees and costs incurred in this action. No party shall seek or recover from any other party any attorneys' fees or costs incurred in this action.

Dated: November 16, 2026.

**COUNSEL FOR PLAINTIFF ELIOTT RODRIGUEZ**

/s Marc A. Burton
**Marc A. Burton**
Florida Bar No. 95318
THE BURTON FIRM, P.A.
20200 West Dixie Highway, Suite 902
Aventura, Florida 33180
Telephone: (305) 705-0888
marc@theburtonfirm.com
pleadings@theburtonfirm.com
*Counsel for Plaintiff*

/s/ Jason B. Blank
**Jason B. Blank**
Florida Bar No. 28826
HABER BLANK LLP
888 South Andrews Avenue, Suite 201
Fort Lauderdale, Florida 33316
Telephone: (954) 767-0300
jblank@haberblank.com
eservice@haberblank.com
*Counsel for Plaintiff*

/s/ Laura F. Kelley
**Laura Faye Kelley**
Florida Bar No. 122047
LFK IMMIGRATION PA
8200 NW 41st Street, Suite 200
Doral, Florida 33166
Telephone: (305) 363-2844
laura@lfkimmigration.com
*Counsel for Plaintiff*

/s/ J.C. Planas
**Juan-Carlos Planas**
Florida Bar No. 156167
LAW FIRM OF JUAN-CARLOS PLANAS, P.A.
8325 Southwest 118th Terrace
Miami, Florida 33156
Telephone: (850) 980-6542
jcplanas@planaslawfirm.com
*Counsel for Plaintiff*

**COUNSEL FOR DEFENDANTS**

/s/ Oren Rosenthal
**Oren Rosenthal**
Florida Bar No. 86320
GENERAL COUNSEL
MIAMI-DADE COUNTY
SUPERVISOR OF ELECTIONS
2700 NW 87th Avenue
Miami, Florida 33172
Telephone: (305) 499-8537
oren.rosenthal@votemiamidade.gov
*Counsel for Defendant Alina Garcia*

/s/ Robert H. Fernandez
**Robert H. Fernandez**
Florida Bar No. 91080
RHF LAW FIRM, LLC
8440 Grand Canal Drive
Miami, Florida 33144
Telephone: (305) 215-2264
rfernandez@rhflawfirm.com
*Counsel for Defendant María Elvira Salazar*

/s/ Leonard M. Collins
**Leonard M. Collins**
Florida Bar No. 423210
GRAYROBINSON, P.A.
301 South Bronough Street, Suite 600
Tallahassee, Florida 32301
Telephone: (850) 577-9090
leonard.collins@gray-robinson.com
*Counsel for Defendant María Elvira Salazar*